UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL PIZZUTO<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>AIRBORNE EXPRESS, INC., STEVEN CROSSKEN, JOSEPH HAMILTON, GREG SWEATT, AND ARTHUR LEVERIS,<br><br>　　　　　　　Defendants. | Civil Action No. 04-12492 GAO |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

The named corporate defendant, Airborne Express, Inc., no longer exists. In August 2003, Deutsche Post, the owner of DHL Holdings (USA), Inc. ("DHL") and its subsidiaries, purchased the named defendant, Airborne Express, Inc., and its parent corporations and subsidiaries. Airborne Express, Inc. has now completely merged with DHL and no longer exists as a separate operation nor as a legal entity

　　　　　　　　　　　　　　　　　　AIRBORNE EXPRESS, INC., ET AL.,
　　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　　/s/ C. Max Perlman_____
　　　　　　　　　　　　　　　　　　C. Max Perlman (BBO # 630395)
　　　　　　　　　　　　　　　　　　Jennifer Catlin Tucker (BBO #547944)
　　　　　　　　　　　　　　　　　　SULLIVAN WEINSTEIN & MCQUAY, P.C.
　　　　　　　　　　　　　　　　　　Two Park Plaza
　　　　　　　　　　　　　　　　　　Boston, MA  02116-3902
　　　　　　　　　　　　　　　　　　(617) 348-4300
　　　　　　　　　　　　　　　　　　max@resq.com; jtucker@swmlawyers.com

Dated:　　　February 28, 2005

### CERTIFICATE OF SERVICE

　　　I, C. Max Perlman, hereby certify that I served the above document upon counsel for the plaintiff by e-mail and mail this 28th day of February, 2005.

　　　　　　　　　　　　　　　　　　/s/ C. Max Perlman_____
　　　　　　　　　　　　　　　　　　C. Max Perlman