UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL PIZZUTO<br><br>Plaintiff,<br><br>vs.<br><br>AIRBORNE EXPRESS, INC., STEVEN CROSSKEN, JOSEPH HAMILTON, GREG SWEATT, AND ARTHUR LEVERIS,<br><br>Defendants. | Civil Action No. 04-12492 |

## ASSENTED TO MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiff moves, with the assent of Defendants, for an extension of time for Plaintiff to respond to Defendants' Motion To Dismiss from 3/14/05 to 3/28/05.

In support of this motion, Plaintiff states that the additional time is needed due to conflicting commitments of Plaintiff's counsel that will not allow sufficient time to respond adequately to Defendants' motion within the time allowed by the rules.

Plaintiff respectfully requests that the Court extend the time for Plaintiff to respond to Defendants' Motion To Dismiss from 3/14/05 to 3/28/05.

                PAUL PIZZUTO,

                By his attorneys,

                / s / Richard A. Mulhearn
                Richard A. Mulhearn (BBO No. 359680)
                Law Office of Richard A. Mulhearn, P.C.
                41 Elm Street
                Worcester, Massachusetts 01609
                (508) 753-9999

                                                           **Assented to**:

                                                           AIRBORNE EXPRESS, INC., STEVEN
CROSSKEN, JOSEPH HAMILTON, GREG
SWEATT, AND ARTHUR LEVERIS,

By their attorneys,

/ s / C. Max Perlman
C. Max Perlman (BBO No. 630395)
Jennifer Catlin Tucker (BBO No. 547944)
Sullivan, Weinstein & McQuay, P.C.
Two Park Plaza
Boston, MA 02116-3902
(617) 348-4300

Dated: March 2, 2005.