UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PAUL PIZZUTO

           Plaintiff,

vs.

AIRBORNE EXPRESS, INC., STEVEN CROSSKEN, JOSEPH HAMILTON, GREG SWEATT, AND ARTHUR LEVERIS,

           Defendants.

Civil Action No. 04-12492 GAO

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned hereby depose and state as follows:

Bradley Paskievitch, in-house legal counsel for DHL (successor to Airborne Express, Inc.), and C. Max Perlman, attorney for the Defendants have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and alternative courses -- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4

Signed this 13th day of July 2005 under the pains and penalties of perjury.

_____  _____
C. Max Perlman                                         Bradley Paskievitch