UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL PIZZUTO,<br>　　Plaintiff,<br><br>v.<br><br>AIRBORNE EXPRESS, INC., STEVEN CROSSKEN, JOSEPH HAMILTON, GREG SWEATT AND ARTHUR LEVERIS,<br>　　Defendants. | )<br>)<br>)<br>)　DOCKET NO. 04-12492 GAO<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATION OF PLAINTIFF AND PLAINTIFF'S COUNSEL

The undersigned hereby certify that we have conferred:

a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Paul Pizzuto
Plaintiff


_____
Richard A. Mulhearn
Counsel for Plaintiff

Dated: July 12, 2005.