UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PAUL PIZZUTO

Plaintiff,

vs.

AIRBORNE EXPRESS INC., ET AL.

Defendants.

Civil Action No. 04-CV-12492-GAO

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance for Defendants, due to the fact that I am no longer with Sullivan, Weinstein & McQuay, P.C.  C. Max Perlman, of Sullivan Weinstein & McQuay, continues to represent the Defendants in this matter.  Thank you.

/s/Jennifer Catlin Tucker
Jennifer Catlin Tucker, BBO#547944
Littler Mendelson, P.C.
One International Place
Boston, MA 02110
(617) 378-6000
Email: jctucker@littler.com

Dated: November 16, 2005

Certificate of Service

I, Jennifer Catlin Tucker, hereby certify that a true copy of the above document was filed electronically on counsel of record on November 16, 2005.

/s/ Jennifer Catlin Tucker
Jennifer Catlin Tucker

Firmwide:80597232.1 000000.000