UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL PIZZUTO<br><br>        Plaintiff,<br><br>vs.<br><br>AIRBORNE EXPRESS, INC., STEVEN CROSSKEN, JOSEPH HAMILTON, GREG SWEATT, AND ARTHUR LEVERIS,<br><br>        Defendants. | FILED<br>IN CLERKS OFFICE<br><br>2005 DEC -2  A 9:13<br><br>Civil Action No. 04-12492-GAO |

### NOTICE OF APPEARANCE

Please enter my appearance for the Defendants Airborne Express, Steven Crossken, Joseph Hamilton, Gregg Sweatt and Arthur Leveris in the above-captioned matter.

Respectfully Submitted,

/s/ Ilisa S. Clark
Ilisa S. Clark (MA Bar No. 558672)
Sullivan, Weinstein & McQuay
Two Park Plaza
Boston, MA 02116-3902
(617) 348-4300
Email: iclark@swmlawyers.com

Certificate of Service

I, Ilisa S. Clark, hereby certify that I have served my Notice of Appearance on opposing counsel of record on December 1, 2005, by overnight mail.

/s/ Ilisa S. Clark
Ilisa S. Clark