# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PAUL PIZZUTO**<br><br>        Plaintiff,<br><br>vs.<br><br>**AIRBORNE EXPRESS, INC., STEVEN CROSSKEN, JOSEPH HAMILTON, GREG SWEATT, AND ARTHUR LEVERIS,**<br><br>        Defendants. | **Civil Action No. 04-12492 GAO** |

## NOTICE OF APPEARANCE

Please enter my appearance for the Defendants Airborne Express, Steven Crossken, Joseph Hamilton, Gregg Sweatt and Arthur Leveris in the above-captioned matter.

                                            Respectfully Submitted,

                                            /s/ Sheryl D. Eisenberg_____
                                            Sheryl D. Eisenberg (BBO No. 641304)
                                            Sullivan, Weinstein & McQuay, P.C.
                                            Two Park Plaza
                                            Boston, MA  02116-3902
                                            (617) 348-4300
                                            Email:  seisenberg@swmlawyers.com

Certificate of Service

    I, Sheryl D. Eisenberg, hereby certify that I have served my Notice of Appearance on opposing counsel of record on December 28, 2005, by overnight mail.

                                            /s/ Sheryl D. Eisenberg_____
                                            Sheryl D. Eisenberg