## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

PAUL PIZZUTO

              **Plaintiff,**

vs.

AIRBORNE EXPRESS, INC., STEVEN
CROSSKEN, JOSEPH HAMILTON,
GREG SWEATT, AND ARTHUR
LEVERIS,

              **Defendants.**

**Civil Action No. 04-12492 GAO**

### WITHDRAWAL OF APPEARANCE

Please withdraw my appearance for Defendants Airborne Express, Steven

Crossken, Joseph Hamilton, Gregg Sweatt and Arthur Leveris in the above-captioned

matter.

_(signature)_

Ilisa S. Clark (BBO #558672)
Littler Mendelson, P.C.
One International Place
Suite 2700
Boston, MA 02110
(617) 378-6000

Dated: _March 16, 2006_

### Certificate of Service

I, Ilisa S. Clark, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March ___16___, 2006.

_(signature)_

Ilisa S. Clark