SHERYL D. EISENBERG
(617) 348-4384
SEisenberg@swmlawyers.com

November 9, 2006

***BY ELECTRONIC FILING***
***AND COURTESY COPY BY HAND***

Paul Lyness
Clerk's Office, Civil
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02110

Re:  Pizzuto v. Airborne Express, et al.<br>Civil Action No. 04-12492GAO

Dear Mr. Lyness:

     In order to avoid the time and expense of litigation, the parties to the above-referenced matter have agreed to attempt to resolve their differences through mediation. Accordingly, the parties respectfully request that a Magistrate Judge be selected and assigned to the case to act as mediator.  Thank you for your attention to this matter.

| | |
|---|---|
| PAUL PIZZUTO, | AIRBORNE EXPRESS, INC., STEVEN CROSSKEN, JOSEPH HAMILTON, GREG SWEATT, AND ARTHUR LEVERIS, |
| By his attorney, | By their attorneys, |
| /s/ Richard A. Mulhearn | /s/ Sheryl D. Eisenberg |
| Richard A. Mulhearn BBO# 359680 | C. Max Perlman BBO# 630395 |
| Law Office of Richard A. Mulhearn, P.C. | Sheryl D. Eisenberg BBO# 641304 |
| 41 Elm Street | Sullivan, Weinstein & McQuay, P.C. |
| Worcester, Massachusetts 01609 | Two Park Plaza |
| (508) 753-9999 | Boston, MA  02116-3902 |
| | (617) 348-4300 |