UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PAUL PIZZUTO**,<br><br>      **Plaintiff,**<br><br>vs.<br><br>**CROSSKEN EXPRESS, INC., STEVEN CROSSKEN, JOSEPH HAMILTON, GREG SWEATT, AND ARTHUR LEVERIS,**<br><br>      **Defendants.** | Civil Action No. 04-12492 GAO |

### JOINT MOTION TO EXTEND TIME FOR COMPLETION OF FACT DISCOVERY AND FOR CONTINUANCE OF STATUS CONFERENCE

The parties to this case have agreed to attempt to resolve their differences through mediation and have asked the Court to assign a Magistrate Judge to act as mediator.  *(See Exhibit A).*  In order to avoid the time and expense of continued discovery, which both parties hope will become unnecessary, the parties respectfully move to extend the close of fact discovery, from December 8, 2006, for an 8 week period of time beyond the close of mediation, and to continue the status conference, currently scheduled for December 19, 2006, accordingly.  In support of this motion, the parties state as follows:

1. This is a complex employment discrimination case involving multiple claims against five defendants.

2. Written discovery has been ongoing and has revealed the need to notice the depositions of numerous witnesses.

3. The parties have agreed to attempt to resolve their differences through mediation, and have asked the Court to assign a Magistrate Judge to act as mediator.

4. In so doing, the parties hope to avoid resort to litigation, and hope that continued discovery will become unnecessary. However, the parties are asking for an 8 week period of time beyond the close of mediation to complete fact discovery in the event that mediation is unsuccessful.

5. The parties are mindful and respectful of the Court's desire to avoid unnecessary delay but respectfully request the Court to allow this joint motion under the circumstances.

6. In further support of this motion, both parties desire this brief extension, and submit that neither side will be prejudiced as a result.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the deadline for completion of fact discovery be extended from December 8, 2006, for eight weeks beyond the close of mediation, and that the date of the status conference, currently scheduled for December 19, 2006, be adjusted accordingly.

| PAUL PIZZUTO, | AIRBORNE EXPRESS, INC., STEVEN CROSSKEN, JOSEPH HAMILTON, GREG SWEATT, AND ARTHUR LEVERIS, |
|---|---|
| By his attorney, | By their attorneys, |
| /s/ Richard A. Mulhearn<br>Richard A. Mulhearn BBO# 359680<br>Law Office of Richard A. Mulhearn, P.C.<br>41 Elm Street<br>Worcester, Massachusetts 01609<br>(508) 753-9999 | /s/ Sheryl D. Eisenberg<br>C. Max Perlman BBO# 630395<br>Sheryl D. Eisenberg BBO# 641304<br>Sullivan, Weinstein & McQuay, P.C.<br>Two Park Plaza<br>Boston, MA 02116-3902<br>(617) 348-4300 |

Dated: November 9, 2006

SHERYL D. EISENBERG
(617) 348-4384
SEisenberg@swmlawyers.com

November 9, 2006

**<u>BY ELECTRONIC FILING</u>**
**<u>AND COURTESY COPY BY HAND</u>**

Paul Lyness
Clerk's Office, Civil
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02110

Re:  Pizzuto v. Airborne Express, et al.
Civil Action No. 04-12492GAO

Dear Mr. Lyness:

      In order to avoid the time and expense of litigation, the parties to the above-referenced matter have agreed to attempt to resolve their differences through mediation. Accordingly, the parties respectfully request that a Magistrate Judge be selected and assigned to the case to act as mediator.  Thank you for your attention to this matter.

| | |
|---|---|
| PAUL PIZZUTO, | AIRBORNE EXPRESS, INC., STEVEN CROSSKEN, JOSEPH HAMILTON, GREG SWEATT, AND ARTHUR LEVERIS, |
| By his attorney, | By their attorneys, |
| /s/ Richard A. Mulhearn | /s/ Sheryl D. Eisenberg |
| Richard A. Mulhearn BBO# 359680 | C. Max Perlman BBO# 630395 |
| Law Office of Richard A. Mulhearn, P.C. | Sheryl D. Eisenberg BBO# 641304 |
| 41 Elm Street | Sullivan, Weinstein & McQuay, P.C. |
| Worcester, Massachusetts 01609 | Two Park Plaza |
| (508) 753-9999 | Boston, MA  02116-3902 |
| | (617) 348-4300 |