# United States District Court
# District of Massachusetts

PAUL PIZZUTO,
    Plaintiff,

V.    CIVIL ACTION NO. 2004-12492-GAO

AIRBORNE EXPRESS, INC., ET AL.,
    Defendants.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

On January 31, 2007, I held the following ADR proceeding:

| _____ EARLY NEUTRAL EVALUATION | __X__ MEDIATION |
| _____ MINI-TRIAL | _____ SUMMARY JURY TRIAL |
| _____ SETTLEMENT CONFERENCE | |

The plaintiff, plaintiff's counsel, defendants' counsel and a representative of the defendant were present.

[X]    The case was NOT SETTLED. Further efforts to settle the case at this time are unlikely to be successful. The case should be restored to active litigation status.

<u>January 31, 2007</u>    *Robert B. Collings*
    DATE    ROBERT B. COLLINGS
        United States Magistrate Judge

Copy to:    Judge O'Toole
    Rebecca Tyler, Esquire
    All counsel.