UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL PIZZUTO<br><br>                         Plaintiff,<br><br>vs.<br><br>CROSSKEN EXPRESS, INC., STEVEN CROSSKEN, JOSEPH HAMILTON, GREG SWEATT, AND ARTHUR LEVERIS,<br><br>                         Defendants. | Civil Action No. 04-12492 GAO |

**ASSENTED-TO MOTION TO EXTEND TIME FOR FILING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

All of the parties to the above-captioned matter respectfully move the Court to extend the time for filing Defendants Motion for Summary Judgment by five days – from October 1, 2007 to October 5, 2007, and to adjust the deadline for Plaintiff's opposition accordingly. In support of this motion, the parties state as follows:

1. Counsel for Defendants was faced with an unanticipated personal issue that required immediate attention.

2. Counsel for all parties have conferred and are amenable to the extension.

3. The parties are mindful and respectful of the Court's desire to avoid unnecessary delay. In light of the above, however, the parties respectfully request that the Court grant this motion for a 5-day extension.

4. In further support of this motion, the parties submit that neither side will be prejudiced as a result.

2

WHEREFORE, for the foregoing reasons, the parties respectfully request that the deadline for submission of Defendants' Motion for Summary Judgment be extended to October 5, 2007, and that the due date for Plaintiff's opposition be extended to November 6, 2007.

| | |
|---|---|
| PAUL PIZZUTO, | AIRBORNE EXPRESS, INC., STEVEN CROSSKEN, JOSEPH HAMILTON, GREG SWEATT, AND ARTHUR LEVERIS, |
| By his attorney, | By their attorneys, |
| /s/ Richard A. Mulhearn<br>Richard A. Mulhearn BBO# 359680<br>Law Office of Richard A. Mulhearn, P.C.<br>41 Elm Street<br>Worcester, Massachusetts 01609<br>(508) 753-9999 | /s/ Sheryl D. Eisenberg<br>C. Max Perlman BBO# 630395<br>Sheryl D. Eisenberg BBO# 641304<br>Sullivan, Weinstein & McQuay, P.C.<br>Two Park Plaza<br>Boston, MA  02116-3902<br>(617) 348-4300 |

Dated:  September 27, 2007

2