UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL PIZZUTO<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>AIRBORNE EXPRESS, INC., STEVEN CROSSKEN, JOSEPH HAMILTON, GREG SWEATT, AND ARTHUR LEVERIS,<br><br>　　　　　　　Defendants. | Civil Action No. 04-12492 GAO |

## AFFIDAVIT OF DEFENDANT STEVEN CROSSKEN
## IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, Steven Crossken, hereby depose and state as follows:

1. I am a defendant in the above-captioned action.

2. On or about January 14, 2002, I became District Field Services Manager of Airborne Express, Inc.'s Stoneham Facility.

3. At certain times during my tenure as District Field Services Manager, the plaintiff, Paul Pizzuto, worked as a driver for Airborne at the Stoneham facility.

4. On or about March 10, 2003, Airborne Express transferred me to its facility in Hackensack, New Jersey, after which I had no further input or involvement regarding Mr. Pizzuto's employment with Airborne Express.

5. I had no involvement in Mr. Pizzuto's termination.

Sworn to under the pains and penalties of perjury this 5th day of October, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Steven Crossken
　　　　　　　　　　　　　　　　　　　　　　　　　　Steven Crossken