UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL PIZZUTO,<br>　　　Plaintiff,<br><br>v.<br><br>AIRBORNE EXPRESS, INC., STEVEN CROSSKEN, JOSEPH HAMILTON, GREG SWEATT AND ARTHUR LEVERIS,<br>　　　Defendants. | DOCKET NO. 04-12492 GAO |

## ASSENTED TO MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff respectfully requests that the time for filing his response to Defendants' motion for summary motion be extended for one week from 11/6/07 to 11/13/07. Plaintiff seeks this extension to enable his counsel to file an appropriate response to Defendants' motion given the complex factual and legal issues involved in the case and the conflicting commitments of his counsel.   Defendants assent to this motion.

| | |
|---|---|
| PAUL PIZZUTO, | AIRBORNE EXPRESS, INC., STEVEN CROSSKEN, JOSEPH HAMILTON, GREG SWEATT, AND ARTHUR LEVERIS, |
| By his attorney, | By their attorneys, |
| /s/ Richard A. Mulhearn<br>Richard A. Mulhearn BBO# 359680<br>Law Office of Richard A. Mulhearn, P.C.<br>41 Elm Street<br>Worcester, Massachusetts 01609<br>(508) 753-9999 | /s/ Sheryl D. Eisenberg<br>Sheryl D. Eisenberg BBO# 641304<br>Sullivan, Weinstein & McQuay, P.C.<br>Two Park Plaza<br> Boston, MA  02116-3902<br>(617) 348-4300 |

Dated: November 2, 2007.