UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL PIZZUTO, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | DOCKET NO.  04-12492 GAO |
| | ) | |
| AIRBORNE EXPRESS, INC., STEVEN | ) | |
| CROSSKEN, JOSEPH HAMILTON, | ) | |
| GREG SWEATT AND ARTHUR | ) | |
| LEVERIS, | ) | |
| Defendants. | ) | |

**PLAINTIFF'S ASSENTED TO MOTION FOR LEAVE TO FILE A MEMORANDUM
IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN
EXCESS OF 20 PAGES**

      Plaintiff respectfully moves for leave to file a memorandum in opposition to Defendants'

renewed motion for summary judgment in excess of 20 pages.  In support of this motion,

Plaintiff states:

1.      This is an employment discrimination case involving claims of disability discrimination.

2.      Plaintiff is attempting in good faith to be as concise as reasonably possible while bringing

to the Court's attention information and arguments deemed important to the Court's

determination.  However, Plaintiff anticipates that a memorandum in excess of 20 pages is likely.

PAUL PIZZUTO,

By his attorney,


/s/ Richard A. Mulhearn
Richard A. Mulhearn, BBO #359680
Law Office of Richard A. Mulhearn, P.C.
41 Elm Street
Worcester, MA  01609
(508) 753-9999

Dated: November 13, 2007.


ASSENTED TO:

AIRBORNE EXPRESS, INC., STEVEN CROSSKEN,
JOSEPH HAMILTON, GREG SWEATT,
AND ARTHUR LEVERIS,

By their attorneys,

/s/ Sheryl D. Eisenberg
Sheryl D. Eisenberg BBO# 641304
Sullivan, Weinstein & McQuay, P.C.
Two Park Plaza
 Boston, MA  02116-3902
(617) 348-4300