UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

  PAUL PIZZUTO
              Plaintiff(s)

v.                                          CIVIL ACTION NO.  04-12492-GAO

  AIRBORNE EXPRESS, INC.  ET AL
              Defendant(s)

**JUDGMENT IN A CIVIL CASE**

  O'TOOLE         , D.J.


X       **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED**

**Pursuant to the court's Memorandum and Order, dated 3/12/08, defendants' motion for summary judgment is GRANTED.**


                                            SARAH A. THORNTON,
                                            CLERK OF COURT

Dated: 3/12/08                              By  /s/ Paul Lyness
                                                Deputy Clerk


(JudgementCivil.wpd - 3/7/2005)